IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01136-ZLW-PAC

MIRANDA MANEY,

      Plaintiff,

v.

MICHAEL DUNLAP,

      Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate the Current Date Set for a Scheduling Planning Conference [filed August 15, 2006; Doc. No. 7] is **GRANTED** as follows:

      The Scheduling Conference set for October 20, 2006 is *vacated and reset* to **October 24, 2006 at 8:30 a.m.**, in Courtroom A501.  The Proposed Scheduling Order is due on or before **October 19, 2006.**

      IT IS **FURTHER ORDERED** that counsel shall use the following correct case number on all pleadings filed with the Court:

      Civil Action No. **06-cv-01136-ZLW-PAC**

Dated:  August 16, 2006