IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01136-ZLW- PAC

MIRANDA MANEY,

    Plaintiff,

v.

MICHAEL DUNLAP,

    Defendant.

## ORDER

In consideration of the Minute Order entered on November 13, 2006, by Magistrate Judge Patricia A. Coan, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before November 27, 2006.  If by that date settlement papers have not been received by the Court, on December 4, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this ___14___ day of November, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court